**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Plaintiff/Respondent,**

v.

**Scott SCHWERMER, Clyde Schwermer and Linda Schwermer, Appellants/Defendants.**

No. WD 48429.

Missouri Court of Appeals,
Western District.

April 12, 1994.

Laurie S. Ward, Sedalia, for appellants, defendants.

J. Christopher Spangler, Wesner, Kempton, Russell and Dominique, Sedalia, for plaintiff, respondent.

Before TURNAGE, C.J., and KENNEDY and HANNA, JJ.

## ORDER

PER CURIAM:

Appeal from grant of summary judgment in a suit on an insurance policy.

Judgment affirmed. Rule 84.16(b).